FILED

05/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0166

IN THE SUPREME COURT OF THE STATE OF MONTANA

No.24-0166

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JONATHAN LOUIS KESSLER,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until June 10, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 1 2024